# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SALEHI,<br><br>                    Plaintiff,<br>v.<br><br>BLUESTEM BRANDS, INC. D/B/A FINGERHUT; and DOES 1 through 20,<br><br>                    Defendant. | CASE NO. 16cv0924 DMS (BGS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO EXTEND DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION** |

       This case comes before the Court on the parties' joint motion to extend the deadline for filing the class certification motion. This is the parties' second request to extend this deadline. The original deadline was May 28, 2018, and that deadline was continued for 60 days to July 27, 2018. The parties now request an additional 60 days, or until September 27, 2018, to file the class certification motion. They also propose an extended briefing schedule.

       The parties have shown good cause for the 60-day extension to file the motion for class certification. Accordingly, that request is granted. However, they have not shown good cause for the modified briefing schedule, which would take the hearing date out to at least the end of November. Therefore, that request is denied. The motion

/ / /

/ / /

for class certification shall be filed on or before September 27, 2018, and the briefing shall proceed according to the Local Rules.

**IT IS SO ORDERED**.

DATED:  July 26, 2018

                                            HON. DANA M. SABRAW
                                            United States District Judge